UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANE POLONSKY, | ) | CASE NO.: 2:17-CV-06220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| ZWICKER & ASSOCIATES, P.C., et al | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Pursuant to the parties' Stipulation of Dismissal filed on May 17, 2018, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

**Date:** May 17, 2018

Honorable Percy Anderson
United States District Judge